IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KELLY M. CRAWFORD, as the RECEIVER FOR STAR EXPLORATION, INC., ET AL, <br><br>　　Plaintiff, <br><br>v. <br><br>DAVID CONOLEY, BENJAMIN CARLO, JEFF CHESTER, WILLIAM G. "RIG" DARSEY IV, WILLIAM S. GROEBE, BRADLEY G. HAWTHORNE, SHAWN K. JANTZEN, SIMS KEMP, JOHN R. LOPEZ, GARY G. MARTIN, JR., SCOTT RIGGS, SEAN SUTRO, and HOWARD TYLER, <br><br>　　Defendants. | CIVIL ACTION NO. 3:09-cv-1718 |

## ORDER DISMISSING GARY G. MARTIN, JR.

After considering Plaintiff's Motion to Dismiss Gary G. Martin, Jr., the Court finds that the Motion should be and hereby is GRANTED.

All claims asserted against Gary G. Martin, Jr. are hereby dismissed, with prejudiced.

So Ordered this 26th day of February, 2010.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE